188 So.2d 607

Robert B. PRENTICE et al.

v.

AMAX PETROLEUM CORPORATION et al.

No. 48177.

June 21, 1966.

In re: Robert B. Prentice and M. H. Marr applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Assumption. 187 So.2d 752.

Writ refused. The judgment is not final as to any party defendant, as it was rendered on a motion for a summary judgment only.

188 So.2d 607

STATE of Louisiana

v.

R. D. CORLEY.

No. 48311.

Aug. 1, 1966.

In re: R. D. Corley applying for writs of certiorari, prohibition and mandamus.

Writs denied. We find no error of law.